ELIZABETH MORRIS, Appellant, *v.* ALBANY HOTEL CORPORATION, Defendant, and THE TEN EYCK COMPANY, INC., Respondent.

(Argued September 30, 1935; decided October 15, 1935.)

*Ernest B. Morris* for appellant.
*Edward S. Rooney* for respondent.

Order affirmed, with costs, and question certified answered in the affirmative. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS and LOUGHRAN, JJ. Dissenting: CROUCH and FINCH, JJ.